LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff

JESSE M. SULLIVAN, SBN 225932
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
Telephone: (415) 546-7500
Facsimile: (415) 546-7505

Attorneys for Defendant
PNS STORES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No. 2:12-cv-02147-MCE-CKD |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and ORDER THEREON |
| PNS STORES, INC. dba BIG LOTS #4113; MILLER FAMILY ENTERPRISES, LP, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendant, PNS STORES, INC., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 15, 2013                    DISABLED ADVOCACY GROUP, APLC

                                                        */s/   Lynn Hubbard*
LYNN HUBBARD III
Attorney for Plaintiff ROBERT DODSON

Dated: March 15, 2013                    HAIGHT BROWN & BONESTEEL LLP

                                                       */s/   Jesse M. Sullivan*
JESSE M. SULLIVAN
Attorney for Defendant PNS STORES, INC.

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:12-cv-02147-MCE-CKD, is hereby dismissed with prejudice in its entirety. The Clerk of Court is directed to close this file.

Date: March 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE